AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
LISA J. ZASTROW, ESQ.
Nevada Bar No. 009727
COLBY L. BALKENBUSH, ESQ.
Nevada Bar No. 013066
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145
Telephone:  (702) 362-7800
Facsimile:  (702) 362-9472
E-Mail:    amaurice@klnevada.com
           lzastrow@klnevada.com
           cbalkenbush@klnevada.com

Attorneys for Plaintiff, MORRIS SCHNEIDER WITTSTADT, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MORRIS SCHNEIDER WITTSTADT, LLC, a Georgia Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1 LLC, a Delaware Limited Liability Company doing business as THE COSMOPOLITAN OF LAS VEGAS,<br><br>Defendant. | CASE NO. 2:15-cv-01175-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO NEVADA PROPERTY 1, LLC'S MOTION FOR MORE DEFINITE STATEMENT [Doc. 7]**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff Morris Schneider Wittstadt, LLC ("MSW" or "Plaintiff"), and Defendant Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas ("the Cosmopolitan" or "Defendant"), by and through their respective counsel, that Plaintiff may have to and including Monday, August 10, 2015, in which to file its Opposition to Defendant the Cosmopolitan's Motion for More Definite Statement filed on July 15, 2015 [Doc. 7].

1   Plaintiff's Opposition is currently due on August 3, 2015.  This request for an extension
2   is not made for purposes of delay.

3   Dated this 3rd day of August, 2015.          Dated this 3rd day of August, 2015

4   **KOLESAR & LEATHAM**                         **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

6   */s/ Lisa J. Zastrow*                         */s/ D. Lee Roberts*

7   AARON R. MAURICE, ESQ.                        D. LEE ROBERTS, ESQ.
    Nevada Bar No. 006412                         Nevada Bar No. 008877
8   LISA J. ZASTROW, ESQ.                         6385 S. Rainbow Boulevard., Suite 400
    Nevada Bar No. 009727                         Las Vegas, Nevada 89118
9   COLBY L. BALKENBUSH, ESQ.
    Nevada Bar No. 013066                         *Attorney for Defendant*
10  400 South Rampart Boulevard, Suite 400        *Nevada Property 1, LLC dba The Cosmopolitan*
    Las Vegas, Nevada  89145                      *of Las Vegas*

12  *Attorneys for Plaintiff*
    *Morris Schneider Wittstadt, LLC*

                                                  * * * * *

15                                                **ORDER**

17                                                IT IS SO ORDERED:

19                                                _____
                                                  UNITED STATES ~~DISTRICT COURT~~ JUDGE
                                                                  Magistrate
20                                                DATED: August 10, 2015        , 2015

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Kolesar & Leatham and that on the 3rd day of August, 2015, I caused to be served a true and correct copy of foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO NEVADA PROPERTY 1, LLC'S MOTION FOR MORE DEFINITE STATEMENT** in the following manner:

(ELECTRONIC SERVICE)  Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

_____
An Employee of KOLESAR & LEATHAM