AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
LISA J. ZASTROW, ESQ.
Nevada Bar No. 009727
COLBY L. BALKENBUSH, ESQ.
Nevada Bar No. 013066
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   amaurice@klnevada.com
          lzastrow@klnevada.com
          cbalkenbush@klnevada.com

*Attorneys for Plaintiff, MORRIS SCHNEIDER WITTSTADT, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MORRIS SCHNEIDER WITTSTADT, LLC, a Georgia Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1 LLC, a Delaware Limited Liability Company doing business as THE COSMOPOLITAN OF LAS VEGAS,<br><br>Defendant. | CASE NO. 2:15-cv-01175-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO NEVADA PROPERTY 1, LLC'S MOTION FOR MORE DEFINITE STATEMENT [Doc. 7]**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED between Plaintiff Morris Schneider Wittstadt, LLC ("MSW" or "Plaintiff"), and Defendant Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas ("the Cosmopolitan" or "Defendant"), by and through their respective counsel, that Plaintiff may have to and including Monday, August 24, 2015, in which to file its Opposition to Defendant the Cosmopolitan's Motion for More Definite Statement filed on July 15, 2015 [Doc. 7].

Plaintiff's Opposition is currently due on August 10, 2015, pursuant to the prior stipulation filed with this Court. [Doc. 9]. This request for an extension is not made for purposes of delay.

Dated this 10th day of August, 2015.

**KOLESAR & LEATHAM**

/s/ Lisa J. Zastrow

AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
LISA J. ZASTROW, ESQ.
Nevada Bar No. 009727
COLBY L. BALKENBUSH, ESQ.
Nevada Bar No. 013066
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

*Attorneys for Plaintiff*
*Morris Schneider Wittstadt, LLC*

Dated this 10th day of August, 2015

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ D. Lee Roberts

D. LEE ROBERTS, ESQ.
Nevada Bar No. 008877
6385 S. Rainbow Boulevard., Suite 400
Las Vegas, Nevada 89118

*Attorney for Defendant*
*Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas*

\* \* \* \* \*

### ORDER

IT IS SO ORDERED.

UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate

DATED: August 10, 2015 , 2015

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Kolesar & Leatham and that on the 10th day of August, 2015, I caused to be served a true and correct copy of foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO NEVADA PROPERTY 1, LLC'S MOTION FOR MORE DEFINITE STATEMENT (Second Request)** in the following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

*/s/ Christie Caldwell*
An Employee of KOLESAR & LEATHAM