AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
LISA J. ZASTROW, ESQ.
Nevada Bar No. 009727
COLBY L. BALKENBUSH, ESQ.
Nevada Bar No. 013066
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:  amaurice@klnevada.com
          lzastrow@klnevada.com
          cbalkenbush@klnevada.com

*Attorneys for Plaintiff, MORRIS SCHNEIDER WITTSTADT, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MORRIS SCHNEIDER WITTSTADT, LLC, a Georgia Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1 LLC, a Delaware Limited Liability Company doing business as THE COSMOPOLITAN OF LAS VEGAS,<br><br>Defendant. | CASE NO. 2:15-cv-01175-RFB-VCF<br><br>**STIPULATION AND ORDER TO WITHDRAW NEVADA PROPERTY 1, LLC'S MOTION FOR MORE DEFINITE STATEMENT [Doc. 7] AND TO EXTEND TIME FOR NEVADA PROPERTY 1, LLC TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT [Doc. 1]**<br><br>**(Third Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff Morris Schneider Wittstadt, LLC ("MSW" or "Plaintiff"), and Defendant Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas ("the Cosmopolitan" or "Defendant") (collectively, "the Parties"), by and through their respective counsel, that the Cosmopolitan's Motion for More Definite Statement ("the Motion") [Doc. 7] is withdrawn. Plaintiff's Opposition to the Motion was due on August 24, 2015, pursuant to a prior stipulation filed with this Court. [Doc. 12]. However, the Parties agree

that in light of the Motion being withdrawn, the Plaintiff need not file any Opposition to the Motion.

  IT IS FURTHER STIPULATED by and between the Parties that the Cosmopolitan shall have until September 24, 2015 to file a responsive pleading to Plaintiff's Complaint [Doc. 1]. This request to withdraw the Motion and request for an extension is not made for purposes of delay.

| Dated this 27th day of August, 2015. | Dated this 27th day of August, 2015 |
|---|---|
| **KOLESAR & LEATHAM** | **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC** |
| | /s/ D. Lee Roberts |
| AARON R. MAURICE, ESQ.<br>Nevada Bar No. 006412<br>LISA J. ZASTROW, ESQ.<br>Nevada Bar No. 009727<br>COLBY L. BALKENBUSH, ESQ.<br>Nevada Bar No. 013066<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145 | D. LEE ROBERTS, ESQ.<br>Nevada Bar No. 008877<br>6385 S. Rainbow Boulevard., Suite 400<br>Las Vegas, Nevada 89118<br><br>*Attorney for Defendant*<br>*Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas* |
| *Attorneys for Plaintiff*<br>*Morris Schneider Wittstadt, LLC* | |

\* \* \* \* \*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
     Magistrate
DATED: _____, 2015
    August 28

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Kolesar & Leatham and that on the 27th day of August, 2015, I caused to be served a true and correct copy of foregoing **STIPULATION AND ORDER TO WITHDRAW NEVADA PROPERTY 1, LLC'S MOTION FOR MORE DEFINITE STATEMENT [Doc. 7] AND TO EXTEND TIME FOR NEVADA PROPERTY 1, LLC TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT [Doc. 1] (Third Request)** in the following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

*[signature]*
An Employee of KOLESAR & LEATHAM