D. Lee Roberts, Esq.
Nevada Bar No. 8877
lroberts@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant Nevada Property 1 LLC
a Delaware Limited Liability Company doing
business as The Cosmopolitan of Las Vegas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MORRIS SCHNEIDER WITTSTADT, LLC, a Georgia Limited Liability Company; and LANDCASTLE ACQUISITION, CORP., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA PROPERTY 1 LLC, a Delaware Limited Liability Company doing business as THE COSMOPOLITAN OF LAS VEGAS,<br><br>Defendant. | Case No. 2:15-cv-01175-RFB-VCF<br><br>**[PROPOSED] ORDER GRANTING THE COSMOPOLITAN OF LAS VEGAS'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION [Doc. 18]** |

This matter came before the Court as a result of Defendant Nevada Property 1 LLC dba The Cosmopolitan of Las Vegas's (hereinafter "Cosmopolitan") Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. 18] (the "Motion"). The Motion was filed on October 2, 2015. On October 13, 2015, Plaintiffs Morris Schneider Wittstadt, LLC and Landcastle Acquisition, Corp. (hereinafter "Plaintiffs") filed a Notice of Non-Opposition [Doc. 19] to the Cosmopolitan's Motion.

The Court, having considered the papers, being fully advised in the premises and good cause appearing therefor, hereby finds and orders as follows:

THIS COURT FINDS that it lacks subject matter jurisdiction over this action based on the citizenship of the parties.

IT IS THEREFORE ORDERED that the Motion is GRANTED. Plaintiffs' First Amended Complaint [Doc. 16] is hereby dismissed, WITHOUT PREJUDICE, for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that Plaintiffs may re-file this action as permitted by NRS 11.500.

DATED this __3rd__ day of March, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted by:

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

_____
D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118

*Attorneys for Defendant Nevada Property 1 LLC a Delaware Limited Liability Company doing business as The Cosmopolitan of Las Vegas*

Approved as to Form by:

**Kolesar & Leatham**

By: /s/ Colby L. Balkenbush
_____
Aaron R. Maurice, Esq.
Nevada Bar No. 006412
Colby L. Balkenbush, Esq.
Nevada Bar No. 013066
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Plaintiffs,
*Morris Schneider Wittstadt, LLC, and Landcastle Acquisition Corp.,*